**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X
YHONNI MONTILLA,

                         Index No. 1:25-cv-00185-RER-JAM

          Plaintiff,

   v.                       ANSWER TO AMENDED COMPLAINT

BM 770, INC D/B/A BUGGY
SERVICE CENTER and CHAYA GRUMACH,

          Defendants.
------------------------------------------------------------- X

### DEFENDANT GRUMACH'S ANSWER TO AMENDED COMPLAINT

Defendant Chaya Grumach (hereinafter referred to as "Grumach"), by her attorney, Joseph Y. Balisok of Balisok & Kaufman, PLLC, hereby answers the amended complaint as follows:

### NATURE OF ACTION

1. Grumach was never employed by co-defendant BM 770, Inc. (hereinafter referred to as "BM 770") and therefore denies that she hired the plaintiff. Grumach is and never was a principal of BM 770 and furthermore states that she never met the plaintiff and does not know who he is.

2. Grumach denies that the plaintiff ever worked for her and was not obligated to pay him anything.

3. Grumach denies that the plaintiff ever worked for her and was not obligated to pay him anything.

1

4. Grumach denies the allegations stated in paragraph 4 and further states that Grumach is a female, does not know the plaintiff and states that she never worked for BM 770 and never employed the plaintiff.

5. Grumach denies the allegations stated in paragraph 5 and further states that Grumach does not know the plaintiff and states that she never worked for BM 770 and  never employed the plaintiff.

6. Grumach denies the allegations stated in paragraph 6 and further states that Grumach does not know the plaintiff and states that she never worked for BM 770 and  never employed the plaintiff.

7. Grumach was never employed by co-defendant BM 770. Grumach is and never was a principal of BM 770 and furthermore states that she never met the plaintiff and does not know who he is.

8. Grumach was never employed by co-defendant BM 770. Grumach is and never was a principal of BM 770 and furthermore states that she never met the plaintiff and does not know who he is.

9. Grumach was never employed by co-defendant BM 770. Grumach is and never was a principal of BM 770 and furthermore states that she never met the plaintiff and does not know who he is. His claims are against BM 770 and not her.

### JURISDICTION AND VENUE

10. Grumach states that she has been wrongfully sued in this case and has nothing to do with the plaintiff's claims for the foregoing reasons.

11. Grumach states that she has been wrongfully sued in this case and has nothing to do with the plaintiff's claims for the foregoing reasons.

12. Grumach states that she has been wrongfully sued in this case and has nothing to do with the plaintiff's claims for the foregoing reasons.

13. Grumach states that she has been wrongfully sued in this case and has nothing to do with the plaintiff's claims for the foregoing reasons.

**PARTIES**

14. Grumach has insufficient information to respond to this allegation.

15. Grumach has insufficient information about plaintiff's employment with BM 770 but Grumach denies that she determined and controlled his work schedule, including working hours and days. Moreover, Grumach denies that she had the authority to discipline the plaintiff as Grumach was never employed by BM 770, never met the plaintiff and does not know who he is. Grumach further states that she has been wrongfully sued in this case and has nothing to do with the plaintiff's claims.

16.  Grumach has insufficient information to respond to this allegation.

17. Grumach states that she has been wrongfully sued in this case and has nothing to do with the plaintiff's claims for the foregoing reasons.

18. Grumach admits the allegations stated in paragraph 18.

19. Grumach has insufficient information to respond to these allegations.

20. Grumach denies the allegations stated in paragraph 20. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her

to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

21. Grumach denies the allegations stated in paragraph 21. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is. In addition, Grumach is a female.

22. Grumach denies the allegations stated in paragraph 22. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

### COMMON FACTUAL ALLEGATIONS

23. Grumach denies the allegations stated in paragraph 23. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

24. Grumach denies the allegations stated in paragraph 24 including subparagraphs a-d. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

25. Grumach denies the allegations stated in paragraph 25. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

26. Grumach denies the allegations stated in paragraph 26. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

27. Grumach denies the allegations stated in paragraph 27. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she

was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

28. Grumach denies the allegations stated in paragraph 28. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

29. Grumach denies the allegations stated in paragraph 29. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

30. Grumach denies the allegations stated in paragraph 30. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

31. Grumach denies the allegations stated in paragraph 31. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her

to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

32. Grumach has insufficient information as to the dates of the plaintiff's employment. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is and therefore denies those allegations.

33. Grumach has insufficient information to respond to the allegations stated in paragraph 33 for the foregoing reasons that she has given.

34. Grumach has insufficient information to respond to the allegations stated in paragraph 34 for the foregoing reasons that she has given.

35. Grumach denies the allegations stated in paragraph 35. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

36. Grumach has insufficient information to respond to the allegations stated in paragraph 36 for the foregoing reasons that she has given.

37. Grumach has insufficient information to respond to the allegations stated in paragraph 37 for the foregoing reasons that she has given.

38. Grumach denies the allegations stated in paragraph 38. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

39. Grumach has insufficient information to respond to the allegations stated in paragraph 39 for the foregoing reasons that she has given.

40. Grumach denies the allegations stated in paragraph 40. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

41. Grumach denies the allegations stated in paragraph 41. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

## COMMON FACTUAL ALLEGATIONS

42. Grumach denies the allegations stated in paragraph 42. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

43. Grumach denies the allegations stated in paragraph 43. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

44. Grumach denies the allegations stated in paragraph 44. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

45. Grumach denies the allegations stated in paragraph 45. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she

was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

46. Grumach states that the law is what it is but further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

47. Grumach denies the allegations stated in paragraph 47. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

48. Grumach denies the allegations stated in paragraph 48. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

### FIRST CAUSE OF ACTION

49. Grumach repeats and restates all of her responses stated above as if fully stated herein.

50. Grumach denies the allegations stated in paragraph 50. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

51. Grumach denies the allegations stated in paragraph 51. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

52. Grumach denies the allegations stated in paragraph 52. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

53. Grumach denies the allegations stated in paragraph 53. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she

was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

54. Grumach denies the allegations stated in paragraph 54. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

55. Grumach denies the allegations stated in paragraph 55. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

56. Grumach denies the allegations stated in paragraph 56. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

**SECOND CAUSE OF ACTION**

57. Grumach repeats and restates all of her responses stated above as if fully stated herein.

58. Grumach denies the allegations stated in paragraph 58. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

59. Grumach denies the allegations stated in paragraph 59. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

60. Grumach denies the allegations stated in paragraph 60. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

**THIRD CAUSE OF ACTION**

61. Grumach repeats and restates all of her responses stated above as if fully stated herein.

62. Grumach denies the allegations stated in paragraph 62. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law,

without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

63. Grumach denies the allegations stated in paragraph 63. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

**FOURTH CAUSE OF ACTION**

64. Grumach repeats and restates all of her responses stated above as if fully stated herein.

65. Grumach denies the allegations stated in paragraph 65. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

66. Grumach denies the allegations stated in paragraph 66. Grumach further states that the plaintiff has filed this lawsuit against her frivolously without any basis in fact or law, without making an adequate investigation before naming her as a defendant, causing her to unnecessarily incur attorney's fees to defend herself. Grumach further states that she

14

was never employed by co-defendant BM 770, never was a principal of BM 770, never met the plaintiff and does not know who he is.

**WHEREFORE,** the defendant Chaya Grumach respectfully requests that she be dismissed from this lawsuit with prejudice, sanction the plaintiff and his attorney for frivolously naming her as a defendant in this lawsuit in that the plaintiff's attorney failed to make a proper investigation into the facts before naming her as a defendant, sanction the plaintiff as he obviously did not know the name of the person that was supervising him and somehow picked out Grumach's name from the general public not because he knew first who he was accusing to be a defendant, award her reimbursement of all of her attorney's fees and court costs in defending this lawsuit, together with such other and further relief as the Court deems good and proper.

Dated:  May 20, 2025
      Brooklyn, New York              BALISOK & KAUFMAN PLLC

/s/ Joseph Y. Balisok
Joseph Y. Balisok, Esq.
Balisok & Kaufman, PLLC
251 Troy Avenue
Brooklyn, NY 11213
Tel. No. (718) 928-9607
Fax No. (718) 534-9747
Email: joseph@lawbalisok.com
*Attorneys for Defendant Grumach*

15